# UNITED STATES DISTRICT COURT
## for the
## District of _____
## _____ Division

FILED
2024 JUN -3 PM 3: 35
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___DM___

Case No. **1:24 CV00612 DII**
(to be filled in by the Clerk's Office)

Plaintiff(s): **Meoshi M Bailey**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): **Texas Workforce, City of Austin Police Department, Texas Department of Housing & Community Affairs, City of Austin Housing Authority, Envolve LLC, Riverside Meadows, Health & Human Services, Raul Arturo Gonzalez, US Postal Service**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Meoshi M Bailey**
Street Address: **1601 Montopolis dr #432**
City and County: **Austin, Travis**
State and Zip Code: **78741**
Telephone Number: **737-881-4544**
E-mail Address: **meoshibailey27@gmail.com**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Michael Gerber + Lisa Garcia City of Austin Housing Authority
- Job or Title (if known): President & CEO housing Authority
- Street Address: 1124 S I-35 Frontage Rd 78704
- City and County: Austin Travis
- State and Zip Code: Texas 78704
- Telephone Number: 512 477-4488
- E-mail Address (if known):

Defendant No. 2
- Name: Texas Workforce Commission
- Job or Title (if known): Compliance and Fair Housing Work Place Discrimination (TESLA)
- Street Address: Austin Travis Ct
- City and County: 
- State and Zip Code: Texas 78741
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Raul Arturo Gonzalez
- Job or Title (if known): Judge
- Street Address: 4011 McKinney Falls Pkwy #1200
- City and County: Austin Travis
- State and Zip Code: Texas 78741
- Telephone Number: 512-854-9479
- E-mail Address (if known):

Defendant No. 4
- Name: Lisa Thornton, Envolve LLC / Riverside Meadows
- Job or Title (if known): Regional Manager
- Street Address: 1601 Montopolis dr
- City and County: Austin Travis
- State and Zip Code: Texas 78741
- Telephone Number: 512 385 9400

## B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- Name: Jesus Garza, Bruce Mills + Michael Bullock
- Job or Title (if known): City of Austin Police Department
- Street Address: Assistant City Manager, Police President
- City and County: 1520 Rutherford bld / Suite 211
- State and Zip Code: Austin Travis 78754
- Telephone Number: TX  715 E 8th St 78701
- E-mail Address (if known): Bruce Mills 974-1774

**Defendant No. 2**
- Name: Health & Human Sevices
- Job or Title (if known): Management
- Street Address: 7701 Metropolis dr bld 12 #100
- City and County: Austin Travis
- State and Zip Code: Texas 78744
- Telephone Number: 512-445-0022
- E-mail Address (if known):

**Defendant No. 3**
- Name: U.S Post Office
- Job or Title (if known): Management
- Street Address: 4514 Burleson Rd
- City and County: Austin Travis
- State and Zip Code: TX 78744
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name: Helio Zapata
- Job or Title (if known): Lone Star Circle of Care Doctor
- Street Address: 2300 Round Rock Ave Ste 208
- City and County: Round Rock 78664
- State and Zip Code: Texas
- Telephone Number:

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*14 amendment violation * Discrimination*
*1st amendment violation*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Meoshi M Bailey**, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy **All Parties combined I'm asking court 25 million**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**All Parties Unfair treatment, Discrimination, Defamation, (Helio Zapata) Refusal of service, Violation #14 Amendment, Cyber stalking, medical Records Falsification and Tampering, failure to take report or complaint HIPAA + Privacy violation, Human Rights Violation, false Reports made    failure to timely investigate fairly, medical malpractice Sabotaging life and living conditions   with intent to cause harm, illegal accessing records, illegal monitoring + surveillance**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Loss of property (car) means to take care of myself, Damages to body from injuries, Loss of my place to stay, Stress, Pain, Suffering, City Terrorism + Harassment using Government agencies**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 28 2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Meoshi M Bailey

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____